UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT P. HYATT,<br><br>              Plaintiff,<br><br>     v.<br><br>DAVID J. KAPPOS,<br><br>              Defendant. | Civil Action No. 09-1872 (PLF) |

### JOINT REPORT OF RULE 26 CONFERENCE AND
### JOINT REQUEST FOR TEMPORARY STAY OF PROCEEDINGS

Pursuant to Local Rule 16.3 and Federal Rule of Civil Procedure 26(f), counsel for the parties have conferred by telephone on March 10, 2010, and thereafter, and respectfully submit this joint report regarding the substance of these conferences.

1.  Brief Statement of the Case:  This action is brought by Gilbert P. Hyatt against David J. Kappos, Director of the United States Patent and Trademark Office, pursuant to 35 U.S.C. § 145.  Mr. Hyatt is the owner and named inventor of patent application 08/456,398 (the "'398 application").  The PTO rejected the '398 application as unpatentable, and has refused to issue a patent for the inventions claimed therein.  Hyatt filed this action seeking a decree that the PTO erred in concluding that the '398 application is unpatentable, that Mr. Hyatt is entitled to receive a U.S. patent for the subject matter claimed in the '398 application, and authorizing the Director to issue a patent for the subject matter claimed.

Defendant contends that the challenged findings of the PTO were correct and that its decision should be upheld.

2. <u>Statutory Basis For All Causes of Actions and Defenses</u>: The Plaintiff filed a one-count complaint on September 25, 2009. The statutory basis for Plaintiff's cause of action is 35 U.S.C. § 145.

3. <u>Pending Federal Circuit Review and Joint Request for Temporary Stay</u>: On February 17, 2010, the United States Court of Appeals for the Federal Circuit vacated the panel's decision in *Hyatt v. Doll*, 576 F.3d 1246 (Fed. Cir. 2009) and granted appellant's petition to rehear the case en banc. The issues to be decided by the Court include:

> Are there any limitations on the admissibility of evidence in section 145 proceedings? In particular –
> (a) Does the Administrative Procedure Act require review on the agency record in proceedings pursuant to section 145?
> (b) Does section 145 provide for a de novo proceeding in the district court?
> (c) If section 145 does not provide for a de novo proceeding in the district court, what limitations exist on the presentation of new evidence before the district court?

*See* Order, *Hyatt v. Kappos*, No. 2007-1066 (Fed. Cir. Feb. 17, 2010). Oral argument in the Federal Circuit is scheduled for July 8, 2010.

The decision of the en banc court is likely to clarify the limitations, if any, on the introduction of evidence in a proceeding under 35 U.S.C. § 145.[1] Accordingly, the decision is likely to affect the course of litigation in future proceedings under that provision, including this one. Accordingly, the parties jointly request a temporary stay of all proceedings in this matter until 30 days after the Federal Circuit has issued its opinion in *Hyatt v. Kappos*, No. 2007-1066. The parties will promptly inform the Court after the Federal Circuit rules.

---

[1] In addition, the Federal Circuit is currently considering the contours of any written-description requirement imposed under 35 U.S.C. § 112 in *Ariad Pharmaceuticals, Inc.* v. *Eli Lilly & Co.*, No. 2008-1248. The decision in that case may also affect this Court's analysis of the underlying merits here.

Respectfully submitted,

*/s/ Rhonda C. Fields*                              */s/ Aaron M. Panner*

Rhonda C. Fields                                    Aaron M. Panner
United States Attorney's Office                     Wan J. Kim
555 Fourth Street, NW                               KELLOGG, HUBER, HANSEN,
10th Floor                                             TODD, EVANS & FIGEL, P.L.L.C.
Washington, D.C. 20530                              1615 M Street, N.W., Suite 400
(202) 514-6970                                      Washington, D.C. 20036
rhonda.fields@usdoj.gov                             (202) 326-7900
                                                    (202) 326-7999
*Attorneys for Defendant*                           apanner@khhte.com

                                                    Michael L. Martinez
                                                    Crowell & Moring LLP
                                                    1001 Pennsylvania Avenue, N.W.
                                                    Washington, D.C. 20004

                                                    *Attorneys  for Plaintiff*

Dated:  March 17, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 17, 2010, a true and correct copy of the foregoing document was served using the Court's CM/ECF system, which sent notification of such filing on all counsel who has consented to electronic service.

/s/ Aaron M. Panner

Aaron M. Panner
KELLOGG, HUBER, HANSEN,
  TODD, EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C.  20036
(202) 326-7900
(202) 326-7999
apanner@khhte.com