UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT P. HYATT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANDREI IANCU,<br><br>　　　　Defendant. | Civil Action No. 05-2310 (RCL)<br>Civil Action No. 09-1864 (RCL)<br>Civil Action No. 09-1869 (RCL)<br>Civil Action No. 09-1872 (RCL)<br>**ECF** |

### [Proposed] Order

Upon consideration of Plaintiff's and Defendant's Joint Motion to Unseal Filings, it is hereby

ORDERED that the Joint Motion is GRANTED; and it is further

ORDERED that the specific materials and only those specific materials (including, when needed, specific pages numbers) identified in Exhibit 1 (05-2310 Under Seal Filings to Unseal), Exhibit 2 (09-1864 Under Seal Filings to Unseal), Exhibit 3 (09-1869 Under Seal Filings to Unseal), and Exhibit 4 (09-1872 Under Seal Filings to Unseal) to the Joint Motion to Unseal Filings shall be unsealed; and it is further

ORDERED that nothing herein shall constitute a waiver of Mr. Hyatt's rights under the Protective Orders or 35 U.S.C. § 122 as to any material not being unsealed pursuant to this Order; and it is further

ORDERED that the parties shall assist the Court and its personnel as requested, including by providing redacted or other filings that do not include materials that are still entitled to sealing protection.

SO ORDERED.

Date: _7/23/20_, ~~2018~~

_Royce C. Lamberth_
Royce C. Lamberth
United States District Judge